**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| INDEPENDENT CONTRACTORS OF MAVERICK TRANSPORTATION, LLC, d/b/a *Maverick Transportation LLC Ind Cont.*, et al., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 4:24-CV-338 HEA |
| GREAT WEST CASUALTY COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that Attorney Daniel Finney, III is ordered to show cause why he should not be held in contempt of Court for failure to pay Defendant Great West Casualty Company the sum of Eighty-Eight Thousand Three Hundred and Forty-Six Dollars and Fifty Cents ($88,346.50) in attorneys' fees and costs, as ordered by the Court in its Opinion, Memorandum, and Order dated May 16, 2025.

**IT IS FURTHER ORDERED** that a hearing is set for **October 31, 2025, at 10:30 a.m.**, in the courtroom of the undersigned in St. Louis, Missouri, at which Attorney Daniel Finney, III shall appear and show cause why civil contempt sanctions should not be imposed against him for failure to comply with the Court's

Opinion, Memorandum, and Order dated May 16, 2025.  Because incarceration is a possible civil contempt sanction, Mr. Finney has the right to representation by counsel.  Failure to appear for the hearing as ordered may subject Mr. Finney to arrest by the United States Marshals Service.  At the hearing, the Court will also take up Mr. Finney's Motion for Leave to Withdraw as counsel.

**IT IS FURTHER ORDERED** that Attorney Daniel Finney, III shall provide his client, Plaintiff Dorian West, with a written copy this Order to Show Cause.

**IT IS FURTHER ORDERED** that Plaintiff Dorian West shall attend the October 31, 2025 hearing in person.

Dated this 14th day of October, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

2