IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Independent Contractors of Maverick )
Transportation, LLC, et al. )
 )
    Plaintiffs, )
  v. )
 )  No. 4:24-cv-00338-SEP
Great West Casualty Company )
 )
    Defendant**.** **)**

**RESPONSE TO SHOW CAUSE**

COMES NOW undersigned counsel, and hereby shows cause as to why he has not paid the court ordered sanctions:

1.  As undersigned counsel stated in most humiliating and excruciating detail, on the record in this case, in more than one pleading, he doesn't have any money, he is incompetent in his job and is under a crushing amount of debt.

2.  He hasn't been able to earn any because he cannot bring himself to stop thinking about this miserable, brutal, never-ending travesty of a case.  So he doesn't know what GWCC wants from him other than his blood.  Which they can have, if their lawyers bring a knife to the hearing and slice him open, or have someone do it for them if/when the honorable Court sends him to the penitentiary.

3.  If undersigned counsel does not come up with $60,000 to pay back taxes and penalties to the IRS, he will lose any assets he hasn't already lost due to natural disaster, which would

maybe get about half of that paid. And if he doesn't come up with $88,000 to pay opposing counsel, the honorable Court may disbar him and/or have him locked up for failing to pay his debts.  And both of those situations are miserable and accomplish nothing.

4.   So undersigned counsel does not know what else to say to the honorable Court to show cause for why he hasn't and won't pay the debt incurred to defense counsel in this case, except to say this honorable Court has no grasp over how desperate undersigned counsel's financial situation has become because of the outrageous and unconscionable and agonizing ruling and delays in rulings  by the honorable Court in this case, or whatever the reason.  If the honorable Court wants him to work off the debt, he will. If the honorable Court wants him to go to prison he will.  If the honorable Court wants him disbarred, so that he can go to work cutting down trees with his son, maybe that is best.  But he has no money to pay GWCC or their attorneys, or the IRS, or the insurance companies for the coverage of which none seem able to produce evidence it exists, or the banks with liens on his cars, or the $2,000 dental bill he owes so his wife can get her tooth ache taken care of, or the taxes he owes the City of Saint Louis, or the State of Missouri, or his family members who have lent him hundreds of thousands of dollars to subsidize a failed and bitter attempt at a legal career, or the credit card companies that won't stop calling him, or his personal property taxes from last year, or the bill for the ambulance that transported his son to the hospital after he almost cut off his arm with a chain saw while fifty feet in the air, or the amount on the notice to shut off his water.  None.  Undersigned counsel has nothing else to offer anyone other than his time, held valueless.

Respectfully submitted,

DAN FINNEY LAW

*/s/ Daniel Finney III*

Daniel Finney III (MO Bar No. 57765)

1310 Papin Avenue, Ste 510
St. Louis, Missouri 63103
Phone: (314) 488-0309
Fax: (314) 228-2000
Email: dan@danfinney.law


ATTORNEY FOR PLAINTIFFS