IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| Independent Contractors of Maverick Transportation, LLC, et al. | ) ) ) | |
| Plaintiffs/counter defendants, | ) | |
| v. | ) | |
| | ) | No. 4:24-cv-00338-HEA |
| Great West Casualty Company | ) ) | |
| Defendant/counter plaintiff. | ) | |

## **MEMORANDUM IN SUPPORT OF MOTION TO DISQUALIFY UNITED STATES DISTRICT COURT JUDGE PURSUANT TO 28 U.S.C. § 455(a)**

COMES NOW, Dorian West, pro se, and in support of his motion to disqualify honorable Jurist

Henry Autrey ("**Judge Autrey**") pursuant to 28 U.S.C. § 455(a), states as follows:


### FACTS

1.      Judge Autrey is a United States District Court Judge for the Eastern District of Missouri

who is presiding over this case.


2.      Great West Casualty Company ("**GWCC**") filed an abuse of process claim against

Dorian West in this case. *See* Doc. No.  7 at 15.

3.      In an <u>Opinion, Memorandum and Order</u> published by the honorable Court in this case, Judge Autrey held:

> "The Court also finds that Mr. Finney1 brought this lawsuit (on behalf of Dorian West) for an improper purpose.

> "Mr. Finney has pursued this lawsuit (on behalf of Dorian West) in bad faith and for an improper purpose...

> The majority of undisputed facts offered in support of the abuse of process claims appear to be attributable to Mr. Finney's conduct (on behalf of Dorian West)…

> > *See* Doc. No.  111 at 22, 24, 38.

6.      Judge Autrey next found the evidence submitted by GWCC proves GWCC incurred the attorney fees it pled as damages in the abuse of process claims.

"…GWCC filed evidence of the attorneys' fees and costs it has incurred in defending this suit… the Court will require Mr. Finney to pay GWCC attorneys' fees and costs (which GWCC pled as damages in the abuse of process claim pending against Dorian West).

---

1 Mr. Finney is Dorian West's attorney who on behalf of Dorian West filed and served GWCC with the petition at issue in the abuse of process claims.

"On review of the record, it is the opinion of this Court that Mr. Finney brought this suit (on behalf of Dorian West) for the improper purpose of harassing GWCC and subjecting it to the punishing costs of contested litigation."

*See* Doc. No.  132 at 1,2.

7.     Judge Autrey next ordered Dorian West to stand trial before a jury on the abuse of process claim.   *See* Doc. 252 at 3.

LEGAL STANDARD

5.     28 U.S.C. § 455(a) states:   Any justice, judge or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality may reasonably be questioned.

ARGUMENT

6.     Because Judge Autrey published an opinion finding facts appear Dorian West's attorney abused the process by filing and serving pleadings on behalf of Dorian West, along with an order finding facts prove GWCC incurred attorney fees pled as damages in the abuse of process claim pending against Dorian West, Judge Autrey's impartiality in presiding over the trial of the abuse of process claim and any further proceedings in this case may reasonably be questioned.  Judge Autrey is required to disqualify himself from presiding over this case pursuant to 28 U.S.C. § 455(a).

<u>PRAYER FOR RELIEF</u>

WHEREFORE, as the record establishes Judge Autrey's impartiality in this case may be reasonably questioned at this time, Dorian West prays Judge Autrey disqualified pursuant to 28 U.S.C. § 455(a), this case reassigned to another U.S. District Court Judge for disposition, and any other relief deemed just and proper at this time.

Dated: July 20, 2026                                      Respectfully submitted,

**DORIAN WEST**

By: <u>/s/ *Dorian West*</u>
12531 Old Tesson Rd.
Saint Louis, MO 63128
(314) 333-2313
Dorianwest85@gmail.com

PRO SE

**Certificate of Service**

I hereby certify that on July 20, 2026, a copy of this document was provided via electronic mail to the following counsel of record for counterclaim plaintiff:

Siobhan.Murphy@clydeco.us

Michael.Roman@clydeco.us                          **DORIAN WEST**

By: <u>/s/ *Dorian West*</u>
12531 Old Tesson Rd.
Saint Louis, MO 63128
(314) 333-2313
Dorianwest85@gmail.com